WILLIAM E. BAIRD, Respondent, *v.* THE NEW YORK CENTRAL
AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Baird* v. *N. Y. C. & H. R. R. R. Co.*, 64 App. Div. 14, affirmed.
(Argued October 30, 1902; decided November 11, 1902.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
October 2, 1901, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial.

*L. B. Williams* for appellant.

*William S. Jenney* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, MARTIN, VANN, CULLEN and WERNER,
JJ. Absent: PARKER, Ch. J. Not sitting: GRAY, J.

---

JAMES McGUIRE, Respondent, *v.* WILLIAM J. COREY, as
President of the JOURNEYMEN BRICKLAYERS' INTERNATIONAL
PROTECTIVE UNION No. 21 of STATEN ISLAND, Appellant.

*McGuire* v. *Corey*, 63 App. Div. 619, affirmed.
(Argued October 30, 1902; decided November 11, 1902.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
July 31, 1901, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial.

*William P. Rudd* and *John C. Robinson* for appellant.

*John G. Clark* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, O'BRIEN, MARTIN, VANN, CULLEN and
WERNER, JJ. Absent: PARKER, Ch. J.